UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
Southern District

GUADALUPE BETANCOURT, Individually, :
:
        Plaintiff, :
:
v. : Case No. 1:12-cv-491
:
SHIV RAM CORP. :
A Domestic Corporation :
:
        Defendant. :
_____/ :

|  |  |
|---|---|
| /s/ Pete M. Monismith | /s/ Jeff Klug |
| PETE M. MONISMITH | Klug Law Firm |
| PETE M. MONISMITH, PC | 4125 Okemos Road Suite 24 |
| 3945 Forbes Avenue, | Okemos, MI 48864 |
| Suite #175 | Mailing: |
| Pittsburgh, Pennsylvania 15213 | P.O. Box 27126 |
|  | Lansing, MI 48909 |
| Telephone: (724) 610-1881 | Phone: (517)349-5584 |
| Facsimile (412) 258-1309 | Fax: (517)349-5588 |
| Pete@monismithlaw.com | *Attorney for Defendant* |
| *Attorneys for Plaintiff* |  |

## **JOINT STIPULATION REGARDING CASE SETTLEMENT**

At a session of said Court, held in the U.S. District Court for the Western District of Michigan,

On: _____

_____
PRESENT: Hugh W. Brenneman, Jr.,
United States Magistrate Judge

The parties having stipulated that this matter is now settled, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that

1. The parties shall have until **February 9, 2014** to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed appropriate documents or a request for additional time by the **February 9, 2014** deadline, this case will automatically be deemed to be dismissed with prejudice.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

                Honorable Hugh W. Brenneman, Jr.
                United States Magistrate Judge

The parties have reached a settlement in this matter and are in the process of finalizing the agreement. The parties anticipate filing a dismissal with prejudice within the next 30 days. The parties therefore request that this honorable court vacate all dates currently set on the calendar for the present matter.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburgh, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>*Attorneys for Plaintiff*<br><br>Dated: January 9, 2014 | /s/ Jeff Klug<br>Klug Law Firm<br>4125 Okemos Road Suite 24<br>Okemos, MI 48864<br>Mailing:<br>P.O. Box 27126<br>Lansing, MI 48909<br>Phone: (517)349-5584<br>Fax:   (517)349-5588<br><br>*Attorneys for Defendant*<br><br>Dated: January 9, 2014 |

2